# IN THE SUPREME COURT OF THE STATE OF DELAWARE

RICHARD ROUNDTREE,[1]      §
     §      No. 18, 2017
     Petitioner Below,      §
     Appellant,      §      Court Below–Family Court
     §      of the State of Delaware
     v.      §      in and for New Castle County
     §
SHARON DANIELSON,      §      File No. CN14-06176
     §      Petition No. 15-06178
     Respondent Below,      §
     Appellee.      §

Submitted: September 20, 2017
Decided: September 28, 2017

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## O R D E R

This 28th day of September 2017, having considered the briefs and the record below, it appears to the Court that:

(1)     The orders of the Family Court awarding alimony to Sharon Danielson should be affirmed on the basis of and for the reasons assigned in its orders dated November 9, 2016[2] and December 16, 2016.[3]

(2)     The Family Court's findings of fact are supported by the record, its decisions reflect due consideration of the statutory factors found in Section 1512, its

---

[1] The Court assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

[2] [*Roundtree*] v. [*Danielson*], No. 15-06178 (Del. Fam. Nov. 9, 2016).

[3] [*Roundtree*] v. [*Danielson*], No. 15-06178 (Del. Fam. Dec. 16, 2016).

explanations, deductions and inferences are the product of a logical and deductive reasoning process and, to the extent there are slight deviations between the record and the Family Court's findings regarding the parties' monthly expenses, they do not warrant reversal.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is hereby AFFIRMED.

BY THE COURT:


/s/ *Gary F. Traynor*
Justice